County of Cook for use of Western Contractors Supply Company, appellee, v. L. B. Fugitt Construction Company et al., on appeal of United States Fidelity and Guaranty Company, appellant. Gen. No. 37,000.

Opinion filed December 11, 1933.

Eugene P. Kealy, for appellant. Sidney N. Ware, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Joseph L. Gill, appellee, v. L. Montefiore Stein et al., trading as Stein, Alstrin and Company, appellants. Gen. No. 36,644.

Opinion filed December 11, 1933.

Moses, Kennedy, Stein & Bachrach, for appellants; S. Sidney Stein, Hirsch E. Soble and Arthur Magid, of counsel. Arnd, Gavin, Griffin & Hanley, for appellee; Richard I. Gavin and Frederick Arnd, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Milton S. Yondorf, appellee, v. Fred Newman et al., defendants, on appeal of Ida Factor, appellant. Gen. No. 36,815.

Opinion filed December 11, 1933.

Welch & Hoffman, for appellant; Maxwell L. Rubin, of counsel. Decker & Golden, for appellee; David L. Golden and Milton Perlman, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Bert Newtson et al., appellees, v. Josef Wagner, Sr., appellant. Gen. Nos. 36,833–36,882.

Opinion filed December 11, 1933. Rehearing denied December 27, 1933.

Grablowski & Kanak, for appellant. Jenkins & Kirkpatrick, for appellees; Donald Kirkpatrick and Martin Burns, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.